## **EXHIBIT 1**

**Plaintiffs' Demand Letter to Delta (with attachments)**

# CONSERVATION FORCE

A FORCE FOR WILDLIFE CONSERVATION

† BARON BERTRAND DES CLERS, PH.D.
† JAMES G. TEER, PH.D.
† BART O'GARA, PH.D.
† DON LINDSAY

BOARD OF DIRECTORS:
JOHN J. JACKSON, III
PHILIPPE CHARDONNET, D.V.M.
GERHARD DAMM
BERT KLINEBURGER
SHANE MAHONEY
DALE  TOWEILL, PH.D.
CHRISSIE JACKSON

September 23, 2015

Delta Air Lines, Inc.
Mr. Richard H. Anderson, CEO                         Registered Agent
Mr. Edward H. Bastian, President                     Corporation Service Company
1030 Delta Blvd., Dept. 982                          2711 Centerville Road
Atlanta, GA  30320-6001                              Wilmington, DE  19808

Registered Agent                                     Registered Agent
Corporation Service Company                          Corporation Service Company
40 Technology Parkway S, Suite 300                   211 E. 7th Street, Suite 620
Norcross, GA  30092                                  Austin, TX  78701-321

**BY FEDERAL EXPRESS**
**RE: DEMAND LETTER / TROPHY EMBARGO**

Dear Sirs:

This is notice of intent to sue due to Delta's embargo of the transport of legally acquired lion, leopard, elephant, rhino, and buffalo hunting trophies announced on August 3, 2015.   We represent Conservation Force, Dallas and Houston Safari Clubs, Mr. Corey Knowlton, Limpopo Communities and the CAMPFIRE Association, and others.   These potential plaintiffs have all been and continue to be damaged by Delta's embargo.

The embargo is raising costs and cutting much-needed revenue for wildlife authorities and for some of the poorest people in Africa.   Tourist hunting provides the most habitat and conservation incentives to protect these embargoed species.   Its fees generate the lion's share of budget revenue for range nation wildlife authorities in countries served by Delta or its alliance partners.

For example, in Tanzania, the amount of habitat set aside for hunting is over five times larger than the area set for national parks.   In 2014 tourist hunting fees generated almost $17 million in operating revenue for the Wildlife Division (as compared to $5 million from photo-tourism).   In Zimbabwe, the hunting areas are 2.9 times the national parks.   In Namibia, black rhino hunts alone enabled the environmental ministry to spend over $2 million on rhino protection and management from 2012 to mid-2015.

Many communities that depend on revenue from wildlife management are experiencing high cancellation rates for hunts.   Most of these areas are "marginal," meaning they do not have the density of wildlife or necessary infrastructure to support photo-tourism.   Losing hunting clients, fees, tips, and other spending undercuts the incentive to preserve wildlife as assets.   If the hunting continues to decline the communities will move away from wildlife-based land uses and return to grazing or agriculture, to the detriment of the embargoed species.   Enclosed is a 2015 fact sheet from Zimbabwe's CAMPFIRE

program which shows the importance of hunting revenue and the relationship between decreased revenue and increased human-wildlife conflict.

In addition to the damage the embargo is causing on the ground, it must be lifted as it is illegal under U.S. law, and it undercuts the Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES").

First, the embargo is illegal because Delta is a common carrier.  As such, Delta cannot discriminate between passengers and cargo as long as they pay the fare.  The U.S. Supreme Court has stated that a common carrier's "refusal to carry the goods of some shippers was unlawful," and we have no doubt a federal court will apply this precedent to find Delta's unsupported bias against a specific class of hunting trophies violates this longstanding common law principle.

Further, Delta's embargo on legally acquired trophies denigrates CITES.  CITES governs international trade in at-risk species and explicitly recognizes that trade can benefit a species by giving it economic value that makes it worth protecting.  CITES regulates legal trade – which my clients seek to engage in.  But Delta's embargo conflates what is legal with what is illegal.  In refusing to carry *legally acquired* trophies, Delta is thumbing its nose at an international regime that has governed trade in species for 40 years.  It is ignoring the MOU recently signed by the CITES Secretary-General and the Director-General of the International Air Transport Association, intended to enhance cooperation "to better assist implementation of" CITES.

And the embargo alienates good customers and violates Delta's own "rules of the road" and "customer commitment."  Hunter-conservationists like those we represent routinely fly your airline and annually do significant business with Delta.  Hunters frequently fly more than other demographic groups, for business and recreation; no doubt, we are many of your best customers.  Delta commits to handling customers with "respect" and "integrity."  Yet Delta persists in a policy that facially discriminates against hunters and undermine the conservation strategies of the countries Delta and its partners service.

If you think we can resolve this amicably, please contact undersigned counsel within five days. Otherwise, suit will be filed without further notice.

Sincerely,

John J. Jackson, III
Conservation Force

Attachments: CAMPFIRE Fact Sheet (770,000 families affected)
             Namibian Sun Article

## CAMPFIRE Overview: June 2015

Zimbabwe's Parks and Wildlife Act of 1975 was amended in 1982 to recognise the rights of residents of communal lands over wildlife. Appropriate Authority (AA) status is granted to Rural District Councils (RDCs) – the lowest level of government on Communal Land, since rural communities occupying these areas are not landowners. This is the basis for the conception and practice of the Community areas Management Programme for Indigenous Resources (CAMPFIRE). CAMPFIRE Association is a registered Private Voluntary Organization formed in 1991 to lead CAMPFIRE at national level.

The programme is designed to support conservation of natural resources by providing rural people with the ability to manage and benefit from those resources. The CAMPFIRE model (for wildlife management purposes) focuses on two main criteria:

- Voluntary interest in participation by communities and their Rural District Councils (RDCs),
- Presence of wildlife populations capable of producing sustainable and economically significant revenues.
- Benefit sharing for local communities based on:

    - The number of animals harvested within a local community's area each hunting season.
    - The extent of wildlife habitat present within a local community's area annually.

**Phase I** 1989-1994: ($10m grant support – USAID and various partners). The period saw the initiation of CAMPFIRE and donor support was channeled towards the improvement of safari hunting in major districts that had been granted AA by 1995. The CAMPFIRE Collaborative Group (CCG) – a consortium of local NGOs was funded to provide many support services to CAMPFIRE.

**Phase II** 1994-2003:  ($30m - USAID). This support focused on the capture of other natural resources, like timber, sand, fishing, etc. Zimbabwe Sun Hotels also initiated the development of high-end tourism facilities in Nyaminyami and Chipinge districts in the early 1990s. 12 privately run lodges were in operation in communal areas by 1999. Small grants were also provided to support the development of eco-tourism, crafts, and other community based natural resources management projects. Investments were also made in the production of natural resource products (e.g. fish in Beitbridge, Mwenezi; mopane worms in Bulilima, Mangwe and Gwanda; honey in Binga, Kusile, Mutoko, and Nyanga districts) and many other products.

**Phase III** 2003-2007: ($165,000 – Ford Foundation). This period saw the cessation of major funding to CAMPFIRE, and it also coincided with larger macro level policy changes in Zimbabwe after 2000, and the subsequent adverse socio-economic conditions. This led to the collapse of financial and technical support previously provided by the CCG.

**Phase IV** 2007-present: ($350,000 WK Kellogg Foundation). During this period there was hyper-inflation, which led to the loss of income from hunting up to early 2009 when multiple currencies were introduced. CAMPFIRE Association has continued to operate using very limited income from hunting (4% levy paid by major hunting districts amounting to about $100,000 annually). The Association has spearheaded the revision of CAMPFIRE revenue sharing guidelines to improve the community's share of income from 50% to 55% of hunting income. A  Direct Payment System has also been developed to ensure that communities receive their income on time. A standard hunting contract has been developed

1

to improve hunting administration by RDCs. A CAMPFIRE Trust, independent of CAMPFIRE Association, was formed and registered in 2010 to leverage funding in the implementation of CAMPFIRE. Presently the programme is ceased with and problem animal control and illegal wildlife trafficking challenges, as well as the United States of America's suspension of ivory imports.

**Map of CAMPFIRE Areas**



**Table 1: Scope of the CAMPFIRE programme**

| | |
|---|---|
| **Land area under CAMPFIRE** | 50,000 km$^2$ – 12% of Zimbabwe |
| **Average size of wild land** | 3,300 km$^2$ |
| | |
| **No of CAMPFIRE Districts** | 58 |
| | |
| **No of wildlife districts** | 28 |
| | |
| **No of Safari Operators** | 33 |
| | |
| **No of Photographic safaris** | 10 |
| | |
| **No of beneficiaries** | 120 wards or 777,000 households |

2

**Table 2: CAMPFIRE projects**

| District | Revenue* | NR Activities | CAMPFIRE Sponsored Non Hunting Projects |
|---|---|---|---|
| Beitbridge | 2 | Hunting, Fishing, Crafts | Maramani Craft Centre<br>Zhove Dam Fisheries |
| Bindura | 1 | Tourism | Paradise Pools Day Centre & Camping Site |
| Binga | 3 | Hunting, Fishing, Tourism, Crafts | Mwinji Cultural Village, Siamuloba Fishing Camp Fencing |
| Bubi | 1 | Hunting | |
| Buhera | 1 | Tourism, Crafts | Matendera Hills Day Centre |
| Bulilima & Mangwe | 2 | Hunting, Tourism, Mopane worms | Amacimbi Harvesting & Management<br>Water Canal & Camping Site |
| Chimanimani | 1 | Tourism, Fishing | Vhimba Lodge, ornithology;<br>Mhakwe Fisheries |
| Chipinge | 2 | Hunting, Tourism | Mahenye Veld Fire Management |
| Chiredzi | 1 | Hunting | Chiredzi Veld Fire Management |
| Chirumhanzu | 1 | Beekeeping | Community Beekeeping |
| Gokwe North | 3 | Hunting, Tourism | Gandavaroyi Falls Campsite<br>Gokwe North Veld Fire Management |
| Gokwe South | 2 | Hunting | Jahana Zebra Watering |
| Goromonzi | 1 | Tourism, Crafts | Ngomakurira Hills Day Centre |
| Gwanda | 1 | Hunting, Tourism | Doddieburn/Manyole Ranch<br>Thuli Shashe Wildlife Management |
| Hurungwe | 3 | Hunting, Tourism | Sanyati Lodge<br>Rengwe Fencing |
| Hwange | 2 | Hunting, Tourism, Fishing, Crafts | Cheziya Fishing Camps |
| Hwedza | 1 | Tourism, Beekeeping | Wedza Mountain Beekeeping |
| Kusile | 1 | Hunting, Beekeeping Timber Logging, Crafts | 7 Ward Beekeeping Projects |
| Makonde | 1 | Hunting | 3 Wildlife based land reform projects |
| Marondera | 1 | Hunting, Fishing | 1 Wildlife based land reform project |
| Matobo | 1 | Hunting, Tourism, Crafts | CJ Rhodes Cultural Village,<br>Ntunjambili Cave Day Centre |
| Mbire | 3 | Hunting, Tourism | Karunga, Masoka, Mkanga Camps |

| Mazowe | 1 | Tourism, Fishing | Banje Mountain Camping Mwenje Dam Fisheries |
|---|---|---|---|
| Mudzi, Rushinga, UMP | 1 | Hunting, Tourism | Nyatana Wilderness Management |
| Mutasa | 1 | Beekeeping | Ruunji Beekeeping |
| Mutoko | 1 | Beekeeping | Mutoko Beekeeping |
| Muzarabani | 2 | Hunting, Tourism | Mavuradona Wilderness Camp |
| Mwenezi | 1 | Fishing | Manyuchi Dam Fisheries |
| Nkayi | 1 | Hunting, Crafts | Kennilworth Water Provision |
| Nyaminyami | 3 | Hunting, Tourism | Institutional capacity building |
| Nyanga | 1 | Tourism, Trout Fishing | Gairezi Lodges and Campsites |
| Pfura | 1 | Tourism, Crafts | Pfura Mountains Day Centre Mukurupahari Bamboo Crafts |
| Tongogara | 1 | Beekeeping | Svika Beekeeping |
| Tsholostho | 1 | Hunting, Tourism, Timber Logging, Crafts | Gariya dam canal rehabilitation |
| Umguza | 1 | Hunting, Tourism, Timber Logging | Igusi Water Project Umguza Woodlot |
| UMP Zvataida | 1 | Hunting, Tourism, Beekeeping | Muda Conservancy UMP Beekeeping, Sunungukai Camp |
| Umzingwane | 1 | Tourism, Crafts | Embizeni Lodges, Mtshabezi Cultural Village, Lumeme Falls, Diana's Pools |

*Annual Revenue: 1 = less than US$10,000 P/A, 2 = US$10,000-99,000 P/A, 3 = more than US$100,000 P/A.

Based on Table 2 above, CAMPFIRE focuses on wildlife, tourism (commercial joint ventures; high end concessions), rafting/river use, woodlands, water, fisheries, grazing resources, grasslands, crocodile egg collection, sand extraction, sale of natural products (amacimbi, mazhanje, masau), and crafts in Communal areas. For several practical and economic reasons, income generation is mostly through the lease of sport hunting rights to commercial safari operators, as well as sales of hides and ivory, tourism leases on communal land and other natural resources management activities.

Wildlife utilisation has been the main focus as it produces the most value. Meat production and the capture and live sales of game are other sources of wildlife revenue, but they have produced little income to date for CAMPFIRE.

**Table 3: Private Sector Tourism Investments on Communal Land**

| District | Name of Facility |
|---|---|
| Chipinge | Chilo/Mahenye Safari Lodges |
| Binga | Masumu River Lodge |
| Hurungwe | Sanyati Bridge Camp |
| Hwange | Gorges River Lodge |
| Muzarabani | Varden Safaris |
| Nyaminyami | Bumi Hills |
| | Elephant point |
| | Gache Gache Lodge |
| | Tiger Bay |
| Umzingwane | Embizeni Lodges |

**Table 4: Hunting Quotas, Human and Wildlife Conflict, and PAC (major districts)**

| RDC | Approved Elephant Quota 2014 | Number of human and elephant conflict cases | | Number of PAC elephant |
|---|---|---|---|---|
| | | 2013 | 2014 | 2014 |
| Beitbridge | 12 | 42 | 144 | 9 |
| Binga | 14 | 40 | 73 | 5 |
| Bulilima | 10 | 30 | 41 | 10 |
| Chipinge | 10 | 1 | 4 | 0 |
| Chiredzi | 25 | 20 | 35 | 4 |
| Gokwe N | 5 | 3 | 1 | 3 |
| Hwange | 15 | 129 | 152 | 29 |
| Hurungwe | 14 | 4 | 7 | 2 |
| Matobo | 4 | 0 | 1 | 1 |
| Mbire | 15 | 3 | 2 | 3 |
| Nyaminyami | 24 | 106 | 93 | 7 |
| Tsholotsho | 24 | 34 | 49 | 18 |
| **Totals** | **172** | **412** | **602** | **91** |

Human and elephant conflict is high, but very little is known about the distribution, abundance, or dispersal patterns of elephants in CAMPFIRE areas as elephants are migratory. Most of the areas are drought prone and it is difficult to qualify and measure crop damage trends. Problems are severe in wards that border National Parks. Habitual crop raiders use different entrances, which makes guarding difficult.

Conflict Causes
• Loss of habitat
• Habitat fragmentation
• Unplanned human settlement
• Disturbance of livestock grazing

5

Problems for humans
• Crop losses (10-18% of household income), early harvests reduce crop yield and quality
• Manpower requirements for guarding
• Lack of support in developing protection/mitigation measures
• Attacks on humans – injuries and death

Supported was provided by the Food and Agriculture Organization (FAO), SCIF, and other partners to establish a Human and Wildlife Conflict (HWC) Mitigation Centre at CAMPFIRE Association offices in 2012. There are 8 model displays showing actions people living in rural areas can take to protect themselves and their crops from the potential dangers of wild animals, using enviro/wildlife-friendly methods. Significance of traditional travel routes of nomadic herds, especially elephant is highlighted. There are also a HWC Toolkit, posters, and booklets for both practical use and educational purposes.

**Table 5: CAMPFIRE Income**

| District | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|
| Beitbridge | 73,685.00 | 77,950.00 | 99,001.40 | 169,825.00 | 189,650.00 | 118,055.00 |
| Binga | 73,712.00 | - | 24,336.86 | 112,500.00 | 117,030.00 | 73,400.00 |
| Bubi | 4,885.00 | 42,280.00 | 77,906.00 | 72,470.00 | 61,268.00 | 18,750.00 |
| Bulilima | 20,990.84 | 51,028.00 | 101,893.30 | 81,300.00 | 81,650.00 | 63,000.00 |
| Chipinge | 80,305.00 | - | 65,039.30 | 53,525.00 | 92,950.00 | 27,000.00 |
| Chiredzi | 269,648.10 | 192,961.00 | 161,250.00 | 257,350.00 | 323,865.00 | 223,710.00 |
| Gokwe N | 42,315.00 | 65,000.00 | 39,388.80 | 108,475.00 | 34,100.00 | 46,677.00 |
| Hwange | 52,830.00 | 73,140.00 | 89,137.47 | 164,700.00 | 132,325.00 | 158,580.00 |
| Matobo | 1,918.00 | 8,000.00 | 17,843.33 | 22,616.00 | 11,197.00 | 15,000.00 |
| Mbire | 317,644.75 | 431,762.00 | 309,783.38 | 584,800.00 | 407,650.00 | 519,892.00 |
| Nyaminyami | 414,735.00 | 444,070.00 | 367,302.24 | 476,200.00 | 440,925.00 | 273,966.00 |
| Tsholotsho | 202,500.00 | 262,292.00 | 229,916.93 | 492,975.00 | 418,950.00 | 299,200.00 |
| **Total** | **1,481,347.85** | **1,597,455.00** | **1,480,905.71** | **2,515,436.00** | **2,229,910.00** | **1,774,230.00** |

Sharing of income is based on the Constitution of the CAMPFIRE Association as amended in 2007. All major RDCs (12) use CAMPFIRE revenue sharing Guidelines, and in these districts revenue is paid directly into community controlled bank accounts by safari operators.

**Table 6: An example of a payment schedule**

| BULEMBI SAFARIS | | | | advice to Campfire Association on fees paid #1 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| **TROPHY FEE US$ PAYMENTS 2011** | | | | | | | | | | |
| | | | | | | | | | | |
| CLIENT | TR 2 NO. | TROPHY | RDC | ASSOCIATION | WARD 3 | WARD 4 | WARD 5 | WARD 6 | WARD 7 | TOTAL |
| NAME | | FEES | FEES DUE | DUES | DUE | DUE | DUE | DUE | DUE | PAYING |
| | | | 41% | 4% | 55% | | | | | |
| | | | | | | | | | | |
| | 020810 | $ 9,250.00 | $ 3,792.50 | $ 370.00 | $5,087.50 | $ - | $ - | $ - | $ - | $ 9,250.00 |
| | 020811 | $ 13,440.00 | $ 5,510.40 | $ 537.60 | $7,392.00 | $ - | $ - | $ - | $ - | $ 13,440.00 |
| | 020813 | $ 5,000.00 | $ 2,050.00 | $ 200.00 | $2,750.00 | $ - | $ - | $ - | $ - | $ 5,000.00 |
| | 020812 | $ 2,100.00 | $ 861.00 | $ 84.00 | $1,155.00 | $ - | $ - | $ - | $ - | $ 2,100.00 |
| | | | | | | | | | | $ - |
| TOTAL | | | 12,213.90 | 1,191.60 | 16,384.50 | $ - | - | - | - | $ 29,790.00 |

**Table 7: Comparison of benefits per number of beneficiaries 2013**

| GOKWE NORTH DISTRICT | | | |
|---|---|---|---|
| **Hunting Area** | **No. of Wards** | **No. of Households** | **Total paid to hh ($)** |
| Area 1 | 10 | 17621 | 32,656 |
| Area 2 | 6 | 9712 | 3,960 |
| **MBIRE DISTRICT** | | | |
| **Hunting Area** | **No. of Wards** | **No. of Households** | **Total paid to hh ($)** |
| Dande North | 3 | 2186 | 89,713 |
| Dande South | 4 | 2818 | 70,481 |
| Dande East | 11 | 13151 | 44,521 |
| Dande Safari Area | Parks and Wildlife | | 162,120 |

The increase in human population in Gokwe North and other key wildlife districts, now averaging more than 16 people per km$^2$ compared to 10 people per km$^2$ when CAMPFIRE started, shows that the benefits of wildlife have been diluted. The human population increase and resulting settled agriculture is spreading to more marginal rangelands, thereby fuelling conflict between wildlife and people. More of wildlife's natural habitat will diminish if hunting is completely stopped. Masoka ward in Mbire district receives the largest benefit from the Dande South hunting concession due to the size of its hunting area. The ward has less than 400 families. Apart from a primary and secondary school and clinic wholly constructed using wildlife revenues, the ward has a functional Anti-Poaching Unit and office, V-Sat internet communication, pays school fees from primary (40 pupils per year) and university level (3 students), a lorry, tractor, corn grinding mills, and drought relief each year.

Through support from World Wide Fund for Nature and CAMPFIRE Association, the Mbire RDC has delegated Appropriate Authority for the management of wildlife to the Masoka community.

7

This empowerment process involves the devolution of powers that formerly rested with Council to the community. The process requires significant investment in partnership arrangements, capacity building, community training and institutional support, and is not yet complete.

**Table 8: Number of Hunts by Country of Origin (1998-2001)**



CAMPFIRE Monitoring and Economic Data (WWF 2001)

The United States of America brings the highest number of sport hunters to Zimbabwe. In 2001, these constituted 61% for all land categories. American clients generally constitute 76% of hunters in CAMPFIRE areas for all animals hunted each year.

**Table 9: Impact of US Ivory imports suspension 2014**

| RDC | Approved Elephant Quota 2014 | Number not hunted due to US ban |
|---|---|---|
| Beitbridge | 11 | 9 |
| Binga | 14 | 12 |
| Bulilima | 10 | 6 |
| Chipinge | 10 | 9 |
| Chiredzi | 33 | 23 |
| Gokwe N | 14 | 10 |
| Hwange | 16 | 3 |
| Hurungwe | 14 | 13 |
| Matobo | 4 | 4 |
| Mbire | 15 | 2 |
| Nyaminyami | 24 | 14 |

8

| Tsholotsho | 24 | 3 |
|------------|-----|-----|
| **Total** | **189*** | **108** |

*Includes tuskless elephant

The US suspension of ivory imports from Zimbabwe in 2014 has had a huge impact on CAMPFIRE, and resulted in the following:

- The cancellation of 108 out of 189 (57%) elephant hunts in all major districts initially booked by US citizens resulted in the reduction of CAMPFIRE income from $2.2m in 2013 to 1.7 in 2014.
- The $45,000 2014 SCI Tag Auction of one bull elephant that has directly supported CAMPFIRE annually since 2012 was disrupted when a US client bought the tag at the auction in February, but later demanded a refund in April 2014 when the suspension was announced.

CAMPFIRE communities suffer most from elephant crop damage, and consequently the programme depends on consumptive trophy hunting in which the elephant is the major trophy species and primary revenue stream. The suspension has caused a massive disruption of hunting revenue inflows to communities due to delays in cancellation and reselling of the hunts to other nationals. The suspension, extended into 2015, has not only negatively affected investment into the protection of wildlife, but has also removed direct incentives at community level to protect elephants. Beitbridge district recorded high human-elephant conflict cases for 2014 at the rate of an average of 12 cases a day resulting in 9 elephants being killed on PAC. However, Mbire district recorded a sharp decrease in incidents of conflicts due to the introduction of night vigils in hot spot areas by ward based game scouts, thereby scaring away animals before damage. Only Tsholotsho district, which offers best trophy quality, was successful in reselling all hunts to other clients at good prices. This means disgruntled CAMPFIRE communities will turn to pastoralism and unviable agriculture, thereby reducing wildlife habitat. The suspension is effectively encouraging communities to become willing tools for poaching – a forced abandonment of CAMPFIRE.

## Table 10: Examples of Community Projects funded from CAMPFIRE Revenue: 2010-14

| District | Project |
|----------|---------|
| Beitbridge | Rehabilitation of schools, clinics and irrigation schemes |
| Bililima | Rehabilitation of 3 clinics and 3 primary schools, hall, fencing field and rehabilitation of lodge |
| Binga | Schools, clinics and sub offices, rudimentary elephant dung paper making and tanning |
| Chipinge | 3 grinding mills, lorry, teachers houses, community office, shop |
| Chiredzi | Clinic, teachers' houses, primary school, community-grinding mill, Police sub-office, piped water and electrification of clinic. |
| Gokwe North | 6  grinding mills |
| Hurungwe RDC | Tillage tractors |
| Hwange | Agricultural inputs, goats restocking |
| Matobo | Organic farming gardens |
| Mbire | Clinic, nurses houses, office, storerooms, 14 classrooms, 7 teachers houses, grinding mill, school office, wildlife administration offices, 2 hand pump bore holes, water pipes, toilet, water storage tanks, 2 tractors, a tourist camp with 4 chalets; |
| Mudzi | Construction of Chingamuka primary and Chori pre-school |
| Nyaminyami | Tillage tractors, renovation of dispensary at clinic, nurse's house. Construction of Mayovhe classroom block, 3 grinding mills, Teacher's house, Jongola school. School bursaries x 3 students at Seke Teacher's College. Renovation of pre-schools x 2. |

| | |
|---|---|
| | Negande:  Rehabilitation of water pipeline, grinding mill.  Nebiri: Chikuro primary block, rehabilitation of Harudziva water pipeline. Kasvisva: Rehabilitation of water pipeline to supply water to Kasvisva clinic, Kasvisva Secondary school block. Msampa: Teacher's house, Majazu pry, renovation of ward warehouse; Kanyati: Cement for teacher's house renovation. |
| Tsholotsho | Classroom blocks and furniture (Sihazela, Mlevu, Mtshwayeli, Ntulula, Dibutibu, Gwaai, Nkwizhi, Zibalongwe, Malindi, Mgodimasili, Phelela, Mpilo, Jimila, and Kapane Primary schools), 2 F14 cottages, 10 sewing machines (Dibutibu Secondary school), 7km piped water system for Thembile primary school, Sikente Clinic, Tshitatshawa and Jowa clinics construction, fencing of Madlangombe clinic, 10 water engines, borehole drilling and repairs and repair kits, Lister diesel engines for 6 villages in ward 21 and at Sihazela Line in ward 1, grinding mills, solar water pumping in wards 1, 2 and 4. |
| Umguza | Mlandwa secondary school |
| Vungu | Construction of primary school, borehole, dip tank |

**SUMMARY OF CAMPFIRE CHALLENGES**

- Monitoring CAMPFIRE's financial and economic impact, and credible reporting.
- Improving marketing of wildlife and wildlife products and trade.
- Improving quota setting with full involvement of communities.
- Improved administration of safari hunting.
- High level of community participation in decision making.
- Improving problem animal management.
- Greater diversification, and REDD+ initiatives.

Addressing these challenges will help CAMPFIRE maintain dedicated wildlife areas, and greater respect given to natural resource conservation in rural areas by communities - fire control, reduced tree-cutting, reduced poaching, and most importantly, improved rural livelihoods. Renewed support for CAMPFIRE will help in maintaining space for wildlife to ensure economic benefit for rural communities and less human and wildlife conflict, and as a result, less retaliatory killing of wildlife, and poaching.







# Banning trophy hunting would harm conservation

Submitted by NambianSun203 on Wed, 2015-08-05 01:00



While international organisations and activists are calling for a total ban of all trophy hunting the Minister of Environment and Tourism, Pohamba Shifeta, said that would have a devastating impact on the Namibian economy.

"Banning trophy hunting will be the end of conservation in Namibia," Shifeta said.

Shifeta yesterday stressed the important role that trophy hunting plays not only for the economy of Namibia, but also for communities and conservancies.

With the recent shooting of Cecil the Zimbabwean lion by an American dentist, global outrage against trophy hunting flared up once again.

It has also resulted in American airline Delta Airlines to ban the transport of hunting trophies.

Delta Airlines, which is said to be the main transporter of hunting trophies from South Africa to the US, announced that it would no longer transport lion, leopard, elephant, rhinoceros and buffalo trophies.

In May, the world's largest airline, Emirates, also banned hunting trophies.

Shifeta yesterday said that would have serious impacts on the hunting industry of Namibia, as overseas hunters have to make use of South Africa to transport their hunting trophies back to their home countries.

He expressed the hope that Air Namibia would not follow suit, adding that it is a public airline and that Namibia's law on nature conservation is clear to use its natural resources sustainably.

"The campaign is very serious and it is significantly impacting the Namibian economy."

Shifeta also referred to the controversial black rhino hunt that was auctioned to Texas hunter Corey Knowlton, who killed an endangered black rhino in Namibia earlier this year – to raise funds for rhino conservation in the country. The rhino

hunt was sold for $350 000.

Shifeta said although this money had been paid to Namibia there is currently a lawsuit pending against the import of the trophy into the US and therefore the ministry cannot use these funds.

Several animal-rights groups joined in the legal battle to fight the import of the black rhino hunt into the US and although Knowlton was allowed to take the trophy back it seems that the battle is still ongoing.

Shifeta said due to this international campaign against trophy hunting Namibia stands to lose millions which could have been used for conservation efforts.

"If people are campaigning against trophy hunting and it is banned it will have a serious [and] devastating [effect] for the country and communities that protect the wildlife. This money helps conservancies and conservation work in the country.

"If we stop giving people incentives from the money we get through this trophy hunts they will abandon conservation work, because what benefits are they getting from protecting the wildlife?"

The trophy-hunting industry is estimated to be worth approximately N$500 million per year.

Trophy hunting in 2013 generated N$20 million just from conservancies in Namibia. This translated into N$6 million worth of meat from trophy hunting while another N$4 million worth of meat was derived from wildlife killed by conservancy members.

WINDHOEK ELLANIE SMIT

**Category:** CRIME (/taxonomy/term/245)

**Share This:**

Like  4  (http://www.addthis.com/bookmark.php?v=300)

(http://www.addthis.com/bookmark.php?v=300)   (http://www.addthis.com/bookmark.php?v=300)

(http://www.addthis.com/bookmark.php?v=300)   (http://www.addthis.com/bookmark.php?v=300)

(http://www.addthis.com/bookmark.php?v=300)   (http://www.addthis.com/bookmark.php?v=300)

(http://www.addthis.com/bookmark.php?v=300)   (http://www.addthis.com/bookmark.php?v=300)

(http://www.addthis.com/bookmark.php?v=300)

---

**RELATED ARTICLES**



(/crime/father-questions-concert-security.86718)

**Father questions concert security**

(/crime/father-questions-concert-security.86718)

The father of murdered Unam student Simson Gobs, who was stabbed to death two weeks ago at a music...

Man bites off female guard's lip (/crime/man-bites-female-guards-lip.86726)

Chinese concerned by rising crime (/crime/chinese-concerned-by-rising-crime.86730)

Egameno mOshilando, niihole mooskola (/crime/egameno-moshilando-niihole-mooskola.86738)

Khomas police confiscate hundreds of weapons (/crime/khomas-police-confiscate-hundreds-weapons.86639)

---

**PARTNER LINKS**



(http://az.com.na)



(http://republikein.com.na)

10/14/2015