# EXHIBIT 2

**AFWA Letter**

ASSOCIATION of FISH & WILDLIFE AGENCIES

The voice of fish and wildlife agencies

1100 First Street, NE, Suite 825
Washington, DC 20002
Phone: 202-838-3474
Fax: 202-350-9869
Email: info@fishwildlife.org

December 3, 2015

Delta Air Lines, Inc.
Mr. Richard H. Anderson, CEO
Mr. Edward H. Bastian, President
1030 Delta Blvd., Dept. 982
Atlanta, GA  30320-6001

Dear Sir or Madam:

The Association of Fish & Wildlife Agencies (AFWA) is the professional organization that represents the collective voice of North America's state, provincial, and territorial fish and wildlife agencies.  These agencies have statutory authority for the management of fish and wildlife within their respective borders, as a public trust resource for the benefit of all citizens. Our members are also keenly interested in international issues that negatively impact wildlife and conservation, to the detriment of our citizens.

**AFWA asks that you rescind your policies banning shipment of legally harvested game animals from Africa**. These policies fail to distinguish between trade in legally-acquired wildlife specimens and illegal wildlife trafficking. Your policies can undermine, rather than benefit, conservation of wildlife.

In Africa, hunting-related tourism dollars are a major source of funding for wildlife conservation, anti-poaching patrols, habitat management, natural resource education, community-based conservation programs, and wildlife agency revenue.

- Countries such as South Africa, Namibia, and Zimbabwe maintain large and healthy populations of elephant, lion, and even endangered black rhino as a result of the support from tourist hunting.
- The hunting industry generates jobs and supports community development.
- Wildlife can become nuisance animals that local residents lethally remove to protect their crops and to safeguard their families. The economic benefits of regulated hunting gives these animals significant value and persuades local communities to conserve these species, rather than killing them for food or to address crop damage.

It is estimated that more than $200 million (USD) is provided annually to African countries from the hunting industry. Much of that $200 million is spent by hunters in remote regions of Africa where local communities need conservation support the most.

- In South Africa alone, trophy fees topped $69 million, and the total value of the hunting and game industry was $1.09 billion in 2012.
- In Namibia, the hunting sector accounts for at least $39.5 million in revenue; 100% of the benefits of hunting income on communal land goes back to the community.
- In Tanzania, the community's share of hunting fee income was just increased to 75%.
- In Zimbabwe, at least 55% of fees generated on communal land is direct deposited into village accounts.

Tourist safari hunting is regulated, sustainable use. Through safaris, they support anti-poaching by funding operator anti-poaching units and community game scouts and by generating revenue for national wildlife authorities to direct to law enforcement activities. Safari operators throughout Africa provide meat, money, supplies, transport and other benefits to villages. Sustainable, legal hunting can be a means of poverty reduction for communities.

Treaties such as the Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES), exist to regulate harvest, trade, and subsequent transport of legally-acquired specimens. CITES, through the decision-making of the scientific and management authorities of 181 countries, makes science-based determinations on the impact of wildlife trade. CITES is just one international treaty that recognizes that regulated hunting is a form of sustainable use that creates many conservation benefits for species, and incentivizes people to conserve those species. The U.S. government, a party to the CITES treaty, has laws that regulate trade to conserve both domestic and foreign species. These treaties and laws, developed and adopted by international and domestic leaders, acknowledge the benefits of international hunting and authorize importation legally-hunted wildlife.

While eco-tourism and photo safaris are legitimate and contributing industries, these activities do not generate enough revenue to conserve Africa's wildlife. The facts clearly illustrate the importance of hunting-related revenue to the governments, animals, conservation programs, and local communities in many African nations. Well-managed and sustainable hunting programs have the same common goal as eco-tourism and photo safaris:  For people to enjoy and use wildlife in a way that insures these opportunities will exist for generations to come.

**Your airline's embargo confuses a lawful, internationally accepted trade in game (or Big Five) trophies with illegal poaching and trafficking**. Poaching is indiscriminate stealing. Our organization and its members in no way condone or excuse the illegal take and poaching of wildlife. Anti-hunting organizations have focused on the harvest of an individual lion while ignoring the benefits, revenue, and positive contributions that legal, sustainable, regulated hunting generates for wildlife conservation and management in Africa, and elsewhere.

We ask that you rescind your policies against shipment of legally harvested animals. The actions of those involved in poaching should not undermine regulated and sustainable hunting practices. Instead, we must all look for effective ways to combat the actions of those who violate existing laws concerning the take and transportation of wildlife.

We appreciate your consideration of our request and look forward to receiving a response.

Sincerely,

Dave Chanda, President
Association of Fish and Wildlife Agencies

2